REED & DOWNS v. HOUSTON & HUNT.

*Appeal from Johnson District Court.*

THURSDAY, JUNE 6.

PER CURIAM. This case involves, in our opinion, no other principle than that decided in *Redman* v. *Williamson et al.*, 2 Iowa 488, and is therefore affirmed. The judgment against defendants was correct, and there was no error in overruling the motion for a mechanics' lien.